**Order entered October 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01104-CV

### IN RE JOSEPH WAYNE HUNTER, Relator

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's September 11, 2019 petition for writ of mandamus. We **DENY AS MOOT** relator's motion for leave to file his petition for writ of mandamus.

/s/     BILL WHITEHILL
        JUSTICE